IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRAIG ZANOTTI                                                                                       PLAINTIFF

v.                            Civil No. 12-3075

GLOBAL FOOD BANK
PROGRAM                                                                                            DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Craig Zanotti filed this action on June 29, 2012. The case is before me for a determination of whether service of process should issue.

### 1. Background

Upon review of the initial complaint, the Court could not determine the basis of jurisdiction or how Plaintiff believed the named Defendant violated his rights.

For this reason, an order was entered (Doc. 2) directing Plaintiff to file a complaint in compliance with Rule 8(a) of the Federal Rules of Civil Procedure. On July 12, 2012, Plaintiff filed his amended complaint. Among other things, the complaint discusses: levitating cities and the amenities or advantages thereto; an electric microwave ion ram jet that could be used for obtaining space velocity from earth; turtle shell frame storage sections; levitating mobile space craft cities; artificial gravity methods; pyramid sea cities; and pyramid sea city icebergs.

### 2. Discussion

This complaint is subject to dismissal. First, the complaint submitted by Plaintiff fails to comply with Rule 8(a) and the Court's order (Doc. 2). Rule 8(a) requires a complaint to contain: (1) a short and plain statement of the grounds for the Court's jurisdiction; (2) a short

and plain statement of the claim showing that Plaintiff is entitled to relief; and (3) a demand for the relief sought.

Plaintiff has not indicated how he believes this Court has jurisdiction over the cause of action or the Defendant. He has failed to state how the Defendant violated statutory or constitutional law.

Second, the factual allegations contained in the complaint are irrational, incomprehensible, and clearly baseless. *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325-328 (1989)(clearly baseless allegations are those that are fantastic, fanciful, or delusional.).

Third, by order (Doc. 2) entered on June 29, 2012, Plaintiff was directed to submit an *in forma pauperis* application or pay the $350 filing fee. He has failed to comply with the order.

### 3. Conclusion

For the reasons stated, I recommend that this case be dismissed with prejudice prior to service of process.

**Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 19th day of July 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A (Rev. 8/82)